

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6283**

18 U.S.C. § 2252(a)(2) **CR-JORDAN**
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(a)(4)   **MAGISTRATE**
18 U.S.C. § 2252(b)(2)   **BANDSTRA**
18 U.S.C. § 2252A(a)(5)(B)

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
                             )
VERNON RAYMOND WARD,         )
                             )
            Defendant.       )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 4, 2000, in Broward County, in the Southern District of Florida, the defendant,

**VERNON RAYMOND WARD,**

did knowingly receive and attempt to receive visual depictions, that is, three videotapes entitled "Pissing Lolitas," "Preteen Trio" and "Coach Me," that had been mailed, shipped and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the



use of one or more minors engaging in sexually explicit conduct and which visual depictions were of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT II

On or about May 4, 2000, in Broward County, in the Southern District of Florida, the defendant,

**VERNON RAYMOND WARD,**

did knowingly possess and attempt to possess three videotapes entitled "Pissing Lolitas," "Preteen Trio" and "Coach Me," which contained visual depictions that had been mailed, shipped and transported in interstate commerce, and which were produced using materials which had been shipped and transported in interstate commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of one or more minors engaging in sexually explicit conduct and which visual depictions were of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### COUNT III

On or about May 4, 2000, in Broward County, in the Southern District of Florida, the defendant,

**VERNON RAYMOND WARD,**

did knowingly possess a computer, videotapes and other material that contained three (3) or more images of child pornography that

2

had been transported and shipped in interstate commerce by computer through WEB-TV, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| VERNON RAYMOND WARD | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)    Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL   ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _no_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I    0 to 5 days      _X_      Petty      ____
   II   6 to 10 days     ____     Minor      ____
   III  11 to 20 days    ____     Misdem.    ____
   IV   21 to 60 days    ____     Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _00-5103-JOHNSON_
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                           REV.6/27/00

## PENALTY SHEET

**Defendant's Name** VERNON RAYMOND WARD    **Case No.** _____

================================    ==========================================

Count #: 1

RECEIPT OF AND ATTEMPT TO RECEIVE VISUAL DEPICTIONS OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. §§ 2252(a)(2), (b)(1)

**Max. Penalty:**    15 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================

Count #: 2

POSSESSION OF AND ATTEMPTED POSSESSION OF VIDEOTAPES CONTAINING VISUAL DEPICTIONS OF MINORS ENGAGED IN SEXUALLY EXPLICIT CONDUCT

18 U.S.C. §§ 2252(a)(4)(B), (b)(2)

**Max. Penalty:**    5 YEARS' IMPRISONMENT; $250,000 FINE

==============================================================================

Count #. 3

POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER AND VIDEOTAPES

18 U.S.C. § 2252A(a)(5)(B)

**Max. Penalty:**    5 YEARS' IMPRISONMENT; $250,000 FINE
==============================================================================

Count #:

_____

_____

**Max. Penalty:**
==============================================================================

==============================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.