## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

VERNON RAYMOND WARD

# WARRANT FOR ARREST

CASE NUMBER:

## 00-6283
## CR-JORDAN
## MAGISTRATE
## BANDSTRA

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __VERNON RAYMOND WARD__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation

charging him or her with (brief description of offense)

RECEIVING VISUAL DEPICTIONS INVOLVING THE SEXUAL EXPLOITATION OF A MINOR, POSSESSING VIDEOTAPES WHICH CONTAINED VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER AND VIDEOTAPES

in violation of Title __18__ United States Code, Section(s) __2252(a)(2), (A)(4)(B) and 2252A(a)(5)(B)__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_[signature]_
Issuing Officer

9/28/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __25,000 CSB - Corporate Surety bond__

by __BARRY S. SELTZER__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

