# United States District Court

SOUTHERN DISTRICT OF FLORIDA  511098

UNITED STATES OF AMERICA

V.

VERNON RAYMOND WARD

## WARRANT FOR ARREST

CASE NUMBER: **00-6283 CR-JORDAN**

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest __VERNON RAYMOND WARD__
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense)

RECEIVING VISUAL DEPICTIONS INVOLVING THE SEXUAL EXPLOITATION OF A MINOR, POSSESSING VIDEOTAPES WHICH CONTAINED VISUAL DEPICTION INVOLVING THE SEXUAL EXPLOITATION OF A MINOR AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER AND VIDEOTAPES

in violation of Title __18__ United States Code, Section(s) __2252(a)(2), (A)(4)(B) and 2252A(a)(5)(B)__

**Clarence Maddox**
Name of Issuing Officer

Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

9/28/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __25,000 CSB - Corporate Surety bond__

by __BARRY S. SELTZER__
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____
Ft. Lauderdale, FL

| DATE RECEIVED 9/28/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/19/00 | | |

Rec'd in _____