# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR 00-6283 Jordan
     Plaintiff )
     )
    -vs- )  REPORT COMMENCING CRIMINAL
     )  ACTION
VERNON RAYMOND WARD )
    Defendant

55503-00

FILED by D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE    MIAMI   ( FT. LAUDERDALE )   W. PALM BEACH
    U.S. DISTRICT COURT      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)    DATE AND TIME OF ARREST: _10/19/00_     _720_  (a.m)/p.m.

(2)    LANGUAGE(S) SPOKEN: _ENGLISH_

(3)    OFFENSE(S) CHARGED: _RECEIPT AND POSSESSION OF CHILD PORNOGRAPHY_
_18 USC 2252_

(4)    UNITED STATES CITIZEN:   (X)YES   ( )NO   ( )UNKNOWN

(5)    DATE OF BIRTH: _5/18/65_

(6)    TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [X] INDICTMENT   [ ] COMPLAINT   CASE # _00-6283-Jordan_
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _SOUTHERN DIST. FLORIDA_
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$_____WHO SET BOND? _____

(7)    REMARKS: _____

(8)    DATE: _10/19/00_    (9) ARRESTING OFFICER _RICHARD HARTLINE_

(10)   AGENCY _U.S. POSTAL INSPECTION SERVICE_  (11) PHONE # _954/436-7226_

(12)   COMMENTS _____