## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

*FILED BY ___ D.C. OCT 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

| | | | |
|---|---|---|---|
| DEFT: | VERNON RAYMOND WARD (J) | CASE NO: | 00-6283-CR-JORDAN |
| AUSA: | KATHLEEN RICE  *pres* | ATTY: | Tim Day |
| AGENT: | FBI | VIOL: | 18:2252 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 25,000 CSB |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | 25,000 CSB | To be cosigned by: | John Bringle if set |

*Advised of charges*

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.

*re-set 10/20*

☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: ___

☐ Travel extended to: ___

☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10-20 | 9:00 | SNOW | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-20 | 9:00 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: 10-19-00   TIME: 11:00   FTL/LSS TAPE # 00- 054   Begin: 2116   End: