UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERNON WARD,

    Defendant.

_____/

### REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, Vernon Ward, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
    Robert N. Berube
     Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23 day of October, 2000, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

                                        Robert N. Berube