UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERNON WARD,

    Defendant.
_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Robert N. Berube
      Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 868795
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23 day of October, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube