UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6283-CR-JORDAN



UNITED STATES OF AMERICA )
)
vs. )
)
VERNON RAYMOND WARD )
_____ )

### ORDER SETTING PRETRIAL SCHEDULE AND TRIAL DATE AND REQUIRING FILING OF SPEEDY TRIAL REPORTS

This case is set for trial during the two-week trial calendar beginning on January 2, 2001. If the case cannot be tried during this two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 2 p.m. on December 21, 2000, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call. Pre-trial motions shall be filed no later than November 21, 2000. Responses to motions shall be filed by the deadline set by Local Rule 7.1.C and in no event later than December 4, 2000.

Counsel shall file speedy trial reports as required by Local Rule 88.5.B.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of October, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:    Kathleen Rice, AUSA
            Federal Public Defender

