UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN



UNITED STATES OF AMERICA

        Plaintiff,

v.

VERNON RAYMOND WARD,

        Defendant.
_____/

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. It appearing from the petition of the United States of America, that the defendant in the above case, VERNON RAYMOND WARD, confined in the South Florida Reception Center, Miami, Florida, and that the case is set for trial as to said defendant at Miami, Florida on Thursday, December 21, 2000 at 9:00 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

2. VERNON RAYMOND WARD, Department of Corrections Number 606986, Bureau of Prisons Number 55503-004, is now confined in the South Florida Reception Center, Miami, Florida.

3. It is necessary to have said defendant before this Court for trial as aforesaid.



**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said VERNON RAYMOND WARD and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said VERNON RAYMOND WARD into the custody of any United States Marshal for the aforesaid purpose.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. ATTORNEY (Rice)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6283-CR-JORDAN</u>

UNITED STATES OF AMERICA

                Plaintiff,

v.

VERNON RAYMOND WARD,

                Defendant.

_____/

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, of the South Florida Reception Center

      1.    It appearing from the petition of the United States of America that VERNON RAYMOND WARD, Department of Corrections Number 606986, Bureau of Prisons Number 55503-004, a defendant in the above entitled case, is confined in the South Florida Reception Center, Miami, Florida, and that said case is set for trial at the United States Federal Courthouse, 301 North Miami Avenue, Miami, Florida on December 21, 2000, and that it is necessary for the said defendant to be before this Court for the said proceeding;

      **NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said VERNON RAYMOND WARD, now in custody as aforesaid, under safe and secure conduct, before this Court at 301 North Miami Avenue, Miami, Florida by or before 9:00 a.m., on December 21, 2000, for trial on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon

completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the South Florida Reception Center, Miami, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said VERNON RAYMOND WARD for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Miami, Florida, this _____ day of _____, 2000.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Rice)
       U.S. Marshal (3 certified copies)
       Chief Probation Officer