UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN

FILED by _____ D.C.

DEC 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MI

UNITED STATES OF AMERICA

        Plaintiff,

v.

VERNON RAYMOND WARD,

        Defendant.
_____/

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL, and
       WARDEN, of the South Florida Reception Center

    1.   It appearing from the petition of the United States of America that VERNON RAYMOND WARD, Department of Corrections Number 606986, Bureau of Prisons Number 55503-004, a defendant in the above entitled case, is confined in the South Florida Reception Center, Miami, Florida, and that said case is set for trial at the United States Federal Courthouse, 301 North Miami Avenue, Miami, Florida on ~~December 21, 2000~~ *check* January 2, 2001, and that it is necessary for the said defendant to be before this Court for the said proceeding;

    **NOW, THEREFORE,** this is to command you, any United States Marshal, that you have the body of the said VERNON RAYMOND WARD, now in custody as aforesaid, under safe and secure conduct, before this Court at 301 North Miami Avenue, Miami, Florida by or before 9:00 a.m., on ~~December 21, 2000~~ *check* December 24, 2000, for trial on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon



completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the South Florida Reception Center, Miami, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said VERNON RAYMOND WARD for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Miami, Florida, this 11th day of December, 2000.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE


cc:   U.S. Attorney (Rice)
      U.S. Marshal (3 certified copies)
      Chief Probation Officer