

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN/BANDSTRA

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
VERNON RAYMOND WARD,        )
                            )
        Defendant.          )
_____)

## GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits its Speedy Trial Report pursuant to Local Rule 88.5.

1. The Speedy Trial Act, Title 18, United States Code, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days from the filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. The defendant, Vernon Raymond Ward, had his initial appearance on the indictment on October 19, 2000. Therefore, the speedy trial clock was triggered on that date.

3. The defendant was arraigned on the indictment and had his bond hearing on October 20, 2000. The United States submits that October 20, 2000 is an excludable day pursuant to Title 18,

United States Code, Section 3161(h)(1).

4. As of December 18, 2000, no motions have been filed which would toll the provisions of the Speedy Trial Act.

Based upon the foregoing, the United States submits that the speedy trial clock is presently running with fifty-nine days of non-excludable time having elapsed. Therefore, trial must commence withing eleven days, or on or before December 29, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 East Broward Blvd, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3512
Facsimile: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 18th day of December, 2000, to: Robert Berube, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY