UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6283-CR-JORDAN
Magistrate Judge Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERNON WARD,

    Defendant.

_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Vernon Ward, through counsel, files this Unopposed Motion to Continue Trial and states:

The Defendant is presently in the custody of the Florida State Prison System. Undersigned counsel has not had an opportunity to meet with Defendant Ward to discuss the matters alleged in the Indictment.

Defendant Ward is scheduled to be returned to the Federal Detention Center, Miami, Florida in the near future. Upon his return undersigned counsel will review the allegations with the Mr. Ward and prepare the case for resolution.

Undersigned counsel has spoken with Assistant United States Attorney Kathleen Rice regarding the scheduling of the next calendar call and we are requesting a calendar call in late February, 2001.

WHEREFORE, the Defendant, Vernon Ward, through counsel requests that the Unopposed Motion to Continue Trial be granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
for Robert N. Berube
  Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 19th day of December, 2000, to Kathleen Rice, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
for Robert N. Berube