UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6283-CR-JORDAN

FILED by _____ D.C.
DEC 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| VERNON WARD | ) |
| | ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

The defendant's unopposed motion to continue the trial [D.E 14.] is GRANTED. The interests of justice served by a continuance outweigh any interest of the public or the defendants in a speedy trial. As a result, the period of delay resulting from this continuance — i.e., from the date the motion was filed, December 19, 2000, to and including the date trial commences — is excludable time under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8).

This case is reset for trial during the two-week trial calendar beginning on February 12, 2001. If the case cannot be tried during this two-week period, it will be reset for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 2 p.m. on February 6, 2001, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of December, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Kathleen Rice, AUSA
           Robert Berube, AFPD