FILED by

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE Adalberto Jordan PRESIDING

CASE NO. 00-6283-cr-Jordan    DATE: 12/21/00

CLERK: Maria Conboy    REPORTER: Francine Salopek

USPO: 0-    INTERPRETER: 0-

UNITED STATES OF AMERICA vs. Deimon Raymond Ward

AUSA: Kathleen Rice

DEFENDANT(S) COUNSEL: FPD

DEFENDANT(S) PRESENT _____ NOT PRESENT X  IN CUSTODY _____

REASON FOR HEARING: Calendar Call

RESULTS OF HEARING: Motion to continue by defts atty granted. Case cont to Feb 12, 2001 trial calendar. Govt no objection.