UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO 00-6283-CR-JORDAN

UNITED STATES OF AMERICA

VS.

VERNON RAYMOND WARD
_____/

### RE-NOTICE OF CALENDAR CALL

This case is reset for calendar call before District Judge Adalberto Jordan at 9:00 a.m., on

Tuesday, February 6, 2001, at 301 North Miami Avenue, Courtroom 8 on the Eighth Floor, Miami,

Florida 33128.

Adalberto Jordan
United States District Judge

By: _____
Courtroom Deputy

Copies furnished to:
Kathleen Rice, AUSA
Robert Barube, Esq.

