UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CRIMINAL MINUTES FOR HON. ADALBERTO JORDAN

Date: 2/6/01              Case No. 00-6283-CR-Jordan
Clerk: Maria Conboy       Reporter: _____
Probation Officer: _____  Interpreter: _____
U.S.A. vs. Wilson Raymond Mead

Defendant:   **PRESENT**   NOT PRESENT   IN CUSTODY
U.S. Attorney: Kathleen Rice
Defense Counsel: Robert Berube

Reason for hearing: Calendar Call

Result of hearing: Counsel for defendant requested add'l time for trial, defendant, just arraigned on the Federal system, had no objection. Court rescheduled case to 2/26/01 for calendar call.

Misc. _____

Case continued to: _____  Time: _____  For: _____

