UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6283-CR-JORDAN



UNITED STATES OF AMERICA )
 )
vs. )
 )
VERNON RAYMOND WARD )
 )

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Defendant's oral motion to continue the trial is GRANTED. The interests of justice served by a continuance outweigh any interest of the public or the defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the motion was filed,, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

This case is reset for trial during the two-week trial calendar beginning on February 26, 2001. If the case cannot be tried during this two-week period, it will be reset for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 9 a.m. on February 20, 2001, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call.

DONE and ORDERED in chambers in Miami, Florida, this ___ day of February, 2001.

_____
Adalberto Jordan
United States District Judge

Copy to:    Kathleen Rice, AUSA
            Robert Barube, AFPD

