UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

CASE # 00-6283-cr-Jordan

-v-

*Vernon Raymond Ward*
    Defendant.
_____/

FILED by _____

MAR - 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### CHANGE OF PLEA MINUTES

On 3/5/01 the above-named Defendant appeared in person before the Honorable Adalberto Jordan, United States District Judge, with *Adalberto Jordan*, Counsel appointed by the Court/retained by the Defendant, and said Defendant stated in Open Court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _One_ of the Indictment/Information.

    After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

    Whereupon:

( ) The Court proceeded to pronounce sentence
(✓) The Court postponed sentencing until _Tuesday May 22, 2001 at 9:00 AM_;
( ) and the Defendant allowed to remain on present bond until then;
( ) and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
(✓) and the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _Remaining_ would be dismissed on the government's motion at sentencing.

AUSA *Kathleen Ward*
Reporter *Pilar Jayne Satopek*
Clerk *Maura E. Corba*