UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6283-cr-Jordan

VS.

Veran Raymond Ward

**NOTICE OF SENTENCING DATE**

FILED by _____ D.C.
MAR - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

By direction of the Honorable **Adalberto Jordan**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on Tuesday, May 22, 2001 at 9:00 AM, for imposition of sentence. On that date, report to the U.S. Courthouse, 301 North Miami Avenue, 8th floor, Miami, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18:USC 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. **DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION (Room 315 of the Old Courthouse).**

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provided the U.S. Probation Department the necessary information to prepare the Prosecution of the Presentence Report.

DATE: 3/5/01
COUNSEL: Robert Barulke, AFPD
DEFENDANT RECEIVED: In Custody

GUILTY PLEA (✓)   BOND ( )
TRIAL ( )        FEDERAL CUSTODY (X)
NOLO PLEA ( )    STATE CUSTODY ( )
                 USM CUSTODY ( )

CLARENCE MADDOX, CLERK OF COURT
By: _____

TO COUNTS One
TO TOTAL COUNTS One
AUSA Kathleen Rice

Copies to:
U. S. Attorney          Defense Counsel      Pre-Trial Services
Probation Department    U. S. Marshal        Defendant