UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6283-CR-JORDAN/BANDSTRA



UNITED STATES OF AMERICA )
)
v. )
)
)
VERNON RAYMOND WARD )
_____)

MOTION FOR SENTENCE REDUCTION PURSUANT TO U.S.S.G §5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, hereby states that the defendant VERNON RAYMOND WARD has provided substantial assistance in the prosecution of another person who has committed an offense, and therefore moves that the Court depart from the otherwise applicable guideline sentence in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 E. Broward Blvd, Ste 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306, ext. 3512
Facsimile: (954) 356-7336

cc: Postal Inspector Rick Hartline



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail this 21st day of May, 2001 to: Robert Berube, Esquire, 100 East Broward Boulevard, Eleventh Floor, Fort Lauderdale, Florida 33301.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY