UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Adalberto Jordan

FILED by _____ D.C.
MAY 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

DATE: 5/23/01   DEFT: _____   CASE # _____
REPORTER: _____   CLERK: _____
Deft Counsel: _____   AUSA: _____

( ) Deft. failed to appear-bench warrant to issue. Bond Forfeited.

( ) Sentencing cont'd to _____ at _____ a.m./p.m. at request of _____

( ) JUDGMENT/SENTENCE

On Ct. 1    Imprisonment for _____ years 21 months _____ days
On Ct. _____ Imprisonment for _____ years _____ months _____ days
On Ct. _____ Imprisonment for _____ years _____ months _____ days
On Ct. _____ Imprisonment for _____ years _____ months _____ days

( ) _____

(✓) Custody of Defendant:

   ( ) Remanded to the United States Marshal

   ( ) Voluntary Surrender to (designated institution or U. S. Marshal) on _____ before 2:00 p.m.

   ( ) Defendant released on _____ bond pending appeal

   (✓) Commitment recommendation: _____

Supervised Release: _____

Assessment: $100

Other: (Fine, restitution, etc.) No fine imposed

( ) Additional comments: _____